**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| 3D MEDICAL IMAGING SYSTEMS, LLC | |
| Plaintiff, | |
| vs. | CIVIL ACTION FILE |
| VISAGE IMAGING, INC., and PRO MEDICUS LIMITED, | NO. 2:14-cv-00267-RWS |
| Defendant. | JURY TRIAL DEMANDED |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR
DEFENDANTS VISAGE IMAGING, INC. AND PRO MEDICUS LIMITED**

COME NOW Dean S. Atyia, Jessica A. Roberts, M. Andrew Woodmansee and the law firm of Morrison & Forrester, LLP and, pursuant to L.R. 83.1E. of the Civil Local Rules of the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Defendants Visage Imaging, Inc. and Pro Medicus Limited (collectively "Defendants") in this action.

Furthermore, Defendant Visage Imaging, Inc. has selected Rudolph A. Telscher, Jr., Kara R. Fussner, Greg W. Meyer and the law firm of Harness, Dickey & Pierce, P.L.C. (collectively "Harness Dickey"), whose applications for

admission *pro hac vice* are pending, to serve as lead counsel and Defendant Pro

Medicus Limited has selected Harness Dickey for special appearance for the

purpose of asserting the defense of lack of personal jurisdiction on its behalf.

Charles C. Murphy, Jr. and the law firm of Vaughan & Murphy will continue to

serve as local counsel for Defendants and have already filed a notice of appearance

in this matter on behalf of Defendant Visage Imaging, Inc. and his special

appearance for the purpose of asserting the defense of lack of personal jurisdiction

on behalf of Defendant Pro Medicus Limited, dated December 22, 2014.


Dated:  September 10, 2015          Respectfully submitted by,

                                    /s/ M. Andrew Woodmansee
                                    MORRISON & FOERSTER LLP
                                    M. Andrew Woodmansee (*Pro Hac Vice*)
                                    California Bar No. 201780
                                    Email: MAWoodmansee@mofo.com
                                    Jessica Anne Roberts (*Pro Hac Vice*)
                                    California Bar No. 265570
                                    Email: JRoberts@mofo.com
                                    Dean Seif Atyia (*Pro Hac Vice*)
                                    California Bar No. 298615
                                    Email: DAtyia@mofo.com
                                    12531 High Bluff Drive
                                    San Diego, California 92130
                                    Telephone: (858) 720-5100
                                    Facsimile: (858) 720-5125

/s/ Charles C. Murphy, Jr.
Charles C. Murphy, Jr.
Georgia Bar No. 530062
Email: CMurphy@vaughanandmurphy.com
260 Peachtree Street, Suite 1600
Atlanta, Georgia 30303
Telephone: (404) 577-6550
Facsimile: (404) 577-0060

/s/ Greg W. Meyer
RUDOLPH A. TELSCHER*
KARA R. FUSSNER*
GREG W. MEYER*
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme Ave., Suite 400
St. Louis, MO 63105
Phone: (314) 726-7500
Fax: (314) 726-7501
rtelscher@hdp.com
kfussner@hdp.com
gmeyer@hdp.com
*Pro Hac Vice pending

Clayton Hatch
Chief Financial Officer/Company Secretary
Pro Medicus Limited
450 Swan Street
Richmond, Victoria, 3121

3

Brad Levin,
General Manager
Visage Imaging, Inc.
12250 El Camino Real, Suite 230
San Diego, CA 92130

### <u>COMPLIANCE CERTIFICATE PURSUANT TO LR 7.1</u>

Pursuant to LR 7.1D, this is to certify that the foregoing DEFENDANTS

VISAGE IMAGING, INC.'S AND PRO MEDICUS LIMITED'S CERTIFICATE

OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANTS complies

with the font and point selections approved by the Court in LR 5.1C.  Undersigned

counsel further certifies that this document was prepared using Times New Roman

font, 14 point.

/s/ Charles C. Murphy, Jr.
Charles C. Murphy, Jr.
Georgia Bar No. 530062

## **CERTIFICATE OF SERVICE**

I hereby certify that I have made due and legal service of the foregoing

CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR

DEFENDANTS VISAGE IMAGING, INC. AND PRO MEDICUS LIMITED

upon all parties by filing same with the Clerk of Court using the CM/ECF system,

which will automatically send email notification of such filing to all attorneys of

record who are enrolled in the CM/ECF system.

This, the 10th day of September, 2015.

/s/ Charles C. Murphy, Jr.
Charles C. Murphy, Jr.
Georgia Bar No. 530062