IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 3D MEDICAL IMAGING SYSTEMS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> VISAGE IMAGING, INC., and PRO MEDICUS LIMITED, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:14-cv-00267-RWS <br><br> JURY TRIAL DEMANDED |

## [~~PROPOSED~~] ORDER LIFTING STAY

Plaintiff's Unopposed Motion to Lift Stay having been read and considered, and the reexamination of the '655 Patent having concluded with all claims being confirmed as patentable, without amendment, IT IS HEREBY ORDERED that the stay of this case is hereby lifted.

SO ORDERED, this _1st_ day of _Oct_, 2015.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE