IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 3D MEDICAL IMAGING SYSTEMS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> VISAGE IMAGING, INC., and PRO MEDICUS LIMITED, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:14-cv-00267-RWS <br><br> JURY TRIAL DEMANDED |

CONSENT MOTION FOR SUPPLEMENTAL ORDER CONCERNING
CONFIDENTIALITY OF DISCOVERY MATERIALS

Plaintiff 3D MEDICAL IMAGING SYSTEMS, LLC and Defendants VISAGE IMAGING, INC. ("Visage"), and PRO MEDICUS LIMITED ("Pro Medicus") jointly and by consent move for entry of an order supplementing paragraph 7 of the Court's [6] Standing Order Regarding Civil Litigation to provide for the production of certain highly confidential documents and information in discovery on an "attorney's eyes only" basis.

In support of this motion, the parties show that this is a patent case. Discovery in this case is expected to involve the production of highly confidential documents and information, such as product design documents, source code,

1

product cost information, licensing rates, and similar highly sensitive commercial information, the disclosure of which to the parties and any of the parties' employees could significantly harm the parties' competitive business interests. As a result, the parties respectfully request that paragraph 7 of the Court's [6] Standing Order be supplemented to allow documents and information to be produced on an "attorney's eyes only" basis.

      A proposed consent order to this effect is filed with this motion.

[signatures on next page]


product cost information, licensing rates, and similar highly sensitive commercial information, the disclosure of which to the parties and any of the parties' employees could significantly harm the parties' competitive business interests. As a result, the parties respectfully request that paragraph 7 of the Court's [6] Standing Order be supplemented to allow documents and information to be produced on an "attorney's eyes only" basis.

    A proposed consent order to this effect is filed with this motion.

[signatures on next page]

Respectfully submitted, this 15th day of October, 2015.

| KENT LAW, P.C. | HARNESS, DICKEY & PIERCE, P.L.C. |
|---|---|
| /s/*Daniel A. Kent* | /s/*Kara R. Fussner (w/permission)* |
| Daniel A. Kent | Rudolph A. Telscher, Jr.* |
| Georgia Bar Number 415110 | email:  rtelscher@hdp.com |
| 555 N Point Ctr E Ste 400 | Kara R. Fussner* |
| Alpharetta, GA 30022 | email:  kfussner@hdp.com |
| dan@kentiplit.com | Greg W. Meyer* |
| Tel:  (404) 585-4214 | email:  gmeyer@hdp.com |
| Fax:  (404) 829-2412 | 7700 Bonhomme, Suite 400 |
|  | St. Louis, MO  63105 |
| Attorney for Plaintiff | Telephone:  314-726-7500 |
|  | Facsimile:  314-726-7501 |
|  | *Pro Hac Vice |
|  |  |
|  | Charles C. Murphy, Jr. |
|  | Georgia Bar No. 530062 |
|  | Email:CMurphy@vaughanandmurphy.com |
|  | VAUGHAN & MURPHY |
|  | 260 Peachtree Street, Suite 1600 |
|  | Atlanta, Georgia 30303 |
|  | Telephone: (404) 577-6550 |
|  | Facsimile: (404) 577-0060 |
|  |  |
|  | Attorneys for Defendants Visage Imaging, Inc. and Pro Medicus Limited |

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document with the Court via ECF, which will automatically send electronic notification of such filing to all counsel of record.

This 15th day of October, 2015.

                                            KENT LAW, P.C.

                                            /s/*Daniel A. Kent*
                                            Daniel A. Kent
                                            Georgia Bar Number 415110
                                            dan@kentiplit.com
                                            555 N Point Ctr E Ste 400
                                            Alpharetta, GA 30022
                                            Tel:  (404) 585-4214
                                            Fax:  (404) 829-2412

                                            Attorney for Plaintiff