IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 3D MEDICAL IMAGING SYSTEMS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> VISAGE IMAGING, INC., and PRO MEDICUS LIMITED, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:14-cv-00267-RWS <br><br> JURY TRIAL DEMANDED |

## [~~PROPOSED~~] ORDER

The parties Consent Motion for Supplemental Order Concerning Confidentiality of Discovery Materials having been read and considered, it appearing that all parties consent to entry of this order, and for good cause shown,

IT IS HEREBY ORDERED THAT paragraph 7 of the Court's [6] Standing Order Regarding Civil Litigation entered in this case is hereby supplemented by adding new subsection (j) as follows:

    (j)  In addition to documents designated as "CONFIDENTIAL" under paragraph 7(b), above, the parties may also designate certain highly confidential documents as "CONFIDENTIAL – ATTORNEY'S EYES ONLY."  Such designations shall be limited to documents satisfying paragraph 7(c) that also comprise or contain highly confidential trade secret information such as product design

and cost information, source code, licensing rates, and similar highly sensitive commercial information the disclosure of which to the parties and any of the parties' employees could significantly harm the competitive business interests of the producing party and/or those in privity with the producing party. Disclosure of any document or information designated "CONFIDENTIAL – ATTORNEY'S EYES ONLY" shall be limited to the individuals listed in paragraph 7(e)(ii)(a), and (c) – (e), and shall *not* include the parties and/or any other individuals identified in paragraph 7(e)(ii)(b).

SO ORDERED, this 19th day of October, 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE