IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 3D MEDICAL IMAGING SYSTEMS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> VISAGE IMAGING, INC., and PRO MEDICUS LIMITED, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:14-cv-00267-RWS <br><br> JURY TRIAL DEMANDED |

## [~~PROPOSED~~] SCHEDULING ORDER

The parties Consent Motion for Entry of Scheduling Order having been read and considered, it appear that all parties consent to entry of this order, and for good cause shown,

IT IS HEREBY ORDERED THAT the following deadlines and due dates shall apply to this action:

| *Event* | *Due Date* |
|---|---|
| Defendants' Responses to Infringement Contentions under LPR 4.2 | 2015-11-16 |
| Defendants' Invalidity Contentions under LPR 4.3 | 2015-11-23 |

| Event | Due Date |
| --- | --- |
| Exchange of proposed claim terms to be construed, and identification of claim elements governed by Section 112(6) under LPR 6.1 | 2015-12-16 |
| Exchange of preliminary constructions and support under LPR 6.2 | 2016-01-08 |
| Joint Claim Construction Statement | 2016-01-28 |
| Completion of Claim Construction Discovery | 2016-02-12 |
| Opening Claim Construction Briefs | 2016-02-29 |
| Responsive Claim Construction Brief | 2016-03-21 |
| *Markman* Claim Construction Hearing | To be determined by the Court |
| *Markman* Claim Construction Ruling | To be determined by the Court |
| Discovery of Opinion of Counsel materials | 15 days after *Markman* Ruling |
| Close of Fact Discovery | 2016-06-01 or, if later, 45 Days After *Markman* Ruling |
| Initial disclosure of experts and expert reports on issues on which party bears burden of proof | 30 days after close of fact discovery |
| Initial disclosure of experts and expert reports on issues on which the opposing party bears burden of proof | 33 days after first round of expert disclosures |
| Rebuttal expert disclosures due | 13 days after second round of expert disclosures |
| Expert deposition period opens | 10 days after rebuttal expert reports |
| Expert deposition period closes | 30 days after expert deposition period opens |
| Summary judgment motions | 20 days after expert deposition period closes |

| Event | Due Date |
|---|---|
| Consolidated Pretrial Order | 30 days after close of expert deposition period, or if later, ruling on summary judgment motion |
| *Daubert* motions to exclude expert testimony. | 30 days after close of expert deposition period, or if later, ruling on summary judgment motion |

SO ORDERED, this 19th day of October, 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE