IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 3D MEDICAL IMAGING SYSTEMS, LLC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>VISAGE IMAGING, INC., and<br>PRO MEDICUS LIMITED,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 2:14-cv-00267-RWS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CERTIFICATE OF SERVICE
OF DISCOVERY RESPONSES**

　　This certifies that on this day I served:

　　1.　Plaintiff's Responses and Objections to Visage Imaging, Inc.'s First Set of Interrogatories; and

　　2.　Plaintiff's Responses and Objections to Visage Imaging, Inc.'s First Request for Production

by e-mail delivery of same to all counsel of record.

　　This 23rd day of November, 2015.

KENT LAW, P.C.

/s/*Daniel A. Kent*
Daniel A. Kent
Georgia Bar Number 415110
dan@kentiplit.com
555 N Point Ctr E Ste 400
Alpharetta, GA 30022
Ph:  (404) 585-4214
Fx:  (404) 829-2412

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 23rd day of November, 2015.

        KENT LAW, P.C.

        /s/*Daniel A. Kent*
        Daniel A. Kent
        Georgia Bar Number 415110
        dan@kentiplit.com
        555 N Point Ctr E Ste 400
        Alpharetta, GA 30022
        Ph:  (404) 585-4214
        Fx:  (404) 829-2412

        Attorney for Plaintiff