IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

3D MEDICAL IMAGING SYSTEMS, LLC.,

Plaintiff,

v.

VISAGE IMAGING, INC., and
PRO MEDICUS LIMITED,

Defendants.

CIVIL ACTION FILE

NO. 2:14-cv-00267-RWS

JURY TRIAL DEMANDED

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff 3D MEDICAL IMAGING SYSTEMS, LLC. ("3DMIS") and Defendants VISAGE IMAGING, INC. ("Visage"), and PRO MEDICUS LIMITED ("Pro Medicus") jointly file this stipulated dismissal with prejudice of all claims and counterclaims asserted in this action, with each party bearing its own fees and costs, except as otherwise agreed between the parties. To the extent acceptable to the Court, the parties agree that all prior orders by the Court, including but not limited to the Court's Order, Dkt. # 90 finding inequitable conduct, shall be null and void, and the parties' respective rights of appeal therefrom are hereby waived. This dismissal is not contingent on the Court agreeing to the foregoing.

Respectfully submitted, this 25th day of April, 2017.

/s/*Daniel A. Kent*
Daniel A. Kent
Georgia Bar Number 415110
**KENT & RISLEY LLC**
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022
Tel: (404) 585-4214
Fax: (404) 829-2412
dankent@kentrisley.com

*Attorneys for Plaintiff*

/s/ Rudolph A. Telscher
Rudolph A. Telscher
(admitted pro hac vice)
Rudy.Telscher@huschblackwell.com
Kara Fussner
(admitted pro hac vice)
Kara.Fussner@huschblackwell.com
HUSCH BLACKWELL
190 Carondolet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 345-6227

Charles C. Murphy, Jr.
Georgia Bar No. 530062
cmurphy@vaughanandmurphy.com
Ellen G. Schlossberg
Georgia Bar No. 629387
eschloss@vaughanandmurphy.com
VAUGHAN & MURPHY
2016 N. Ponce de Leon Ave. NE
Atlanta, GA 30307-1340
Tel: (404) 667-0714
Fax: (404) 529-4193

*Attorneys for Defendants*